**No. 10-9807. Levon Bazemore, Petitioner v. United States.**

563 U.S. 972, 131 S. Ct. 2889, 179 L. Ed. 2d 1185, 2011 U.S. LEXIS 3494.

May 2, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Kagan took no part in the consideration or decision of this motion and this petition.

**No. 10A887. Theodore W. Wells, Jr., Applicant v. United States.**

563 U.S. 972, 131 S. Ct. 2895, 179 L. Ed. 2d 1185, 2011 U.S. LEXIS 3414.

May 2, 2011. Application for a certificate of appealability, addressed to Justice Thomas and referred to the Court, denied.

**No. 10M106. Eugene Henry Moore, Petitioner v. Terry Terrell, Warden.**

563 U.S. 972, 131 S. Ct. 2895, 179 L. Ed. 2d 1185, 2011 U.S. LEXIS 3410.

May 2, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M107. Kelvin D. Andersen, Petitioner v. Young & Rubicam.**

563 U.S. 972, 131 S. Ct. 2895, 179 L. Ed. 2d 1185, 2011 U.S. LEXIS 3392.

May 2, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.